UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| MARIO HOLSINGER, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 3:96-CV-569 RM |
| | ) | |
| HERB NEWKIRK, *et al.*, | ) | |
| | ) | |
| Defendants | ) | |

OPINION AND ORDER

Mario Holsinger, a *pro se* prisoner, filed a motion asking this court to waive the balance of the filing fee for this case. Mr. Holsinger was a prisoner when he filed this case and pursuant to 28 U.S.C. § 1915, he must pay the full filing fee, either all at once or over time. Mr. Holsinger filed this case, therefore he must pay the filing fee.

For the foregoing reasons, the motion (docket # 84) is **DENIED**.

SO ORDERED

ENTERED: July 18 , 2005

　　　　　　　　　　　　　　　　/s/ Robert L. Miller, Jr.　　　　
　　　　　　　　　　　　　　　　Chief Judge
　　　　　　　　　　　　　　　　United States District Court